NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERFECTO G. CAMILO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3042

---

Petition for review of the Merit Systems Protection Board in case no. SF0831050449-I-1.

---

## ON MOTION

---

## ORDER

Perfecto G. Camilo moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 1 4 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Perfecto G. Camilo
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 4 2010**

**JAN HORBALY**
**CLERK**